IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:09CR424
                               )
       v.                      )
                               )
DARRELL DEVAN COOK,            )            ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 29).  The Court has been advised defendant wishes to enter a plea.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, April 22, 2010, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  This will give the parties time to finalize plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 23, 2010, and April 22, 2010, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court